# *United States Court of Appeals*
## FOR THE DISTRICT OF COLUMBIA

---

**No. 22-5069**

JAMES BLASSINGAME AND SIDNEY HEMBY,

Plaintiffs,

v.

DONALD J. TRUMP,

Defendant.

---

**No. 22-7030**

REPRESENTATIVE ERIC SWALWELL,

Plaintiff,

v.

DONALD J. TRUMP, et al.,

Defendants.

---

**No. 22-7031**

HON. BENNIE G. THOMPSON, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

---

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to the Court's Order of March 22, 2022, and D.C. Circuit Rule 28(a)(1),

Appellees in the consolidated cases *Blassingame, et al. v. Trump*, Case No. 22-5069; *Swalwell v.*

*Trump, et al.*, Case No. 22-7030; and *Thompson, et al. v. Trump, et al.*, Case No. 22-7031,

hereby submit this certificate as to parties, rulings, and related cases.

**A.      Parties and Amici Curiae.**

Appellant

The Appellant in this matter is Donald J. Trump.

Appellees

The Appellees in this matter are as follows:

In *Blassingame, et al. v. Trump*, Case No. 22-5069, the Appellees are James Blassingame

and Sidney Hemby.

In *Swalwell v. Trump, et al.*, Case No. 22-7030, the Appellee is Eric Swalwell.

In *Thompson, et al. v. Trump, et al.*, Case No. 22-7031, the Appellees are Karen R. Bass,

Stephen I. Cohen, Veronica Escobar, Pramila Jayapal, Henry C. Johnson, Jr., Marcia Kaptur,

Barbara J. Lee, Jerrold Nadler, Maxine Waters, and Bonnie M. Watson Coleman.

Pursuant to D.C. Circuit Rule 28(i), Appellees in these consolidated cases will join in one

brief, as the issues and arguments are consistent across the consolidated cases.  Defendant-

Appellant Donald J. Trump has indicated that he does not oppose consolidated briefing.

Non-Party Respondents

The United States and the Office of General Counsel of the U.S. House of

Representatives were non-party respondents in the District Court in *Swalwell v. Trump, et al.*,

Case No. 22-7030.

Amici

While motions to dismiss the three consolidated cases (*Blassingame, et al. v. Trump*, Case No. 22-5069; *Swalwell v. Trump, et al.*, Case No. 22-7030; and *Thompson, et al. v. Trump, et al.*, Case No. 22-7031) were pending in the District Court, the following amici filed briefs in support of Appellees: Campaign Legal Center Action, Floyd Abrams, Erwin Chemerinsky, Martha Minow, Laurence Tribe, Evan H. Caminker, Andrew Kent, Sheldon Nahmod, Daphna Renan, Peter M. Shane, and Jared Holt.

## B.    Ruling Under Review.

On February 18, 2022, the District Court denied Defendant-Appellant Donald J. Trump's motions to dismiss all three consolidated cases, holding, in relevant part, that the doctrine of presidential immunity does not bar these suits. *Thompson, et al. v. Trump, et al.*, District Court Case No. 21-cv-00400-APM, Docket No. 66 (Feb. 18, 2022), 2022 WL 503384. The Court's immunity determination is the sole issue presented for review.

## C.    Related Cases.

As noted above, *Blassingame, et al. v. Trump*, Case No. 22-5069, *Swalwell v. Trump, et al.*, Case No. 22-7030, and *Thompson, et al. v. Trump, et al.*, Case No. 22-7031, have been consolidated. Plaintiff-Appellees are aware of four other lawsuits challenging Defendant-Appellant Donald J. Trump's conduct on January 6, 2021, all of which are currently pending in the United States District Court for the District of Columbia:

*Smith v. Trump*, No. 21-cv-02265-APM

*Moore v. Trump*, No. 22-cv-00010-APM

*Tabron v. Trump*, No. 22-cv-00011-APM

*Kirkland v. Trump*, No. 22-cv-00034-APM

Dated: April 21, 2022

Respectfully submitted,

/s/   Joseph M. Sellers
Joseph M. Sellers (D.C. Bar No. 318410)
Brian Corman (D.C. Bar No. 1008635)
Alison S. Deich (D.C. Bar No. 1572878)
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Avenue, N.W. Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com
adeich@cohenmilstein.com

Janette McCarthy-Wallace, Bar No. OH066257
(application for admission forthcoming)
Anthony P. Ashton, Bar No. MD25220
(application for admission forthcoming)
Anna Kathryn Barnes, Bar No. DC1719493
(application for admission forthcoming)
NAACP OFFICE OF GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

Robert B. McDuff, Bar No. MS2532
(application for admission forthcoming)
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
601-259-8484

*Attorneys for Plaintiffs Hon. Bennie G.
Thompson, et al.*

Matthew Kaiser (D.C. Bar No. 486272)
Sarah Fink (D.C. Bar No. 166663)
KAISERDILLON PLLC
1099 Fourteenth Street, N.W., 8th Fl.
Washington, D.C. 20005
Tel: (202) 640-2850
mkaiser@kaiserdillon.com
sfink@kaiserdillon.com

Philip Andonian (D.C. Bar No. 490792)
Joseph Caleb (D.C. Bar No. 495383)
CALEBANDONIAN PLLC
1100 H Street, N.W., Ste. 315
Washington, D.C. 20005
Tel: (202) 953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff Eric Swalwell*

Patrick A. Malone (D.C. Bar No. 397142)
Daniel Scialpi (D.C. Bar No. 997556)
(application for admission forthcoming)
Heather J. Kelly (D.C. Bar No. 453154)
(application for admission forthcoming)
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street, N.W., Suite 800
Washington, D.C. 20005
P: 202-742-1500
F: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com
hkelly@patrickmalonelaw.com

Cameron Kistler (D.C. Bar No. 1008922)
Anne Tindall (D.C. Bar No. 494607)
(application for admission forthcoming)
Kristy Parker (D.C. Bar No. 1542111)
(application for admission forthcoming)
Helen White (D.C. Bar No. 1741368)
(application for admission forthcoming)
Erica Newland (application for admission
forthcoming)*
UNITED TO PROTECT DEMOCRACY
2020 Pennsylvania Ave. NW, #163
Washington, D.C. 20006
P: 202-579-4582
cameron.kistler@protectdemocracy.org
anne.tindall@protectdemocracy.org
kristy.parker@protectdemocracy.org
helen.white@protectdemocracy.org
erica.newland@protectdemocracy.org
*motion for admission to D.C. pending

Genevieve C. Nadeau (D.C. Bar No. 979410)
(application for admission forthcoming)
UNITED TO PROTECT DEMOCRACY
15 Main St., Suite 312
Watertown, MA 02472
P: 202-579-4582
genevieve.nadeau@protectdemocracy.org

*Attorneys for Plaintiffs James Blassingame
and Sidney Hemby*

5