**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Blassingame, et al.

v.                                                                    **Case No:** 22-5069

Trump

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

**Party Information**
(List each represented party individually - Use an additional blank sheet as necessary)

James Blassingame

Sidney Hemby

**Counsel Information**

Lead Counsel: Patrick Malone (already appeared)

Direct Phone: ( 202 ) 742-1500   Fax: ( 202 ) 742-1515   Email: pmalone@patrickmalonelaw.com

2nd Counsel: Erica Newland

Direct Phone: ( 334 ) 703-1592   Fax: ( 929 ) 777-8428   Email: erica.newland@protectdemocracy.org

3rd Counsel: Helen White

Direct Phone: ( 202 ) 868-3146   Fax: ( 929 ) 777-8428   Email: helen.white@protectdemocracy.org

Firm Name:

Firm Address:

Firm Phone: (   )   -   Fax: (   )   -   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)