

Cameron O. Kistler
Counsel
United to Protect Democracy
2020 Pennsylvania Ave. NW, #163
Washington, D.C. 20006
(202) 579-4582
cameron.kistler@protectdemocracy.org

Mark Langer
Clerk of Court
United States Court of Appeals
District of Columbia Circuit
333 Constitution Ave, NW
Washington, DC 20001

March 22, 2023

Subject: *Blassingame v. Trump* (22-5069); *Swalwell v. Trump* (22-7030); *Thompson v. Trump* (22-7031)

Dear Mr. Langer:

    I represent James Blassingame and Sidney Hemby in the consolidated above-captioned matter. I write to inform you that Helen E. White, who has appeared on behalf of Officers Blassingame and Hemby, has ended her employment with United to Protect Democracy and therefore no longer represents these clients. I therefore ask that the Court terminate Ms. White's appearance on their behalf in this consolidated appeal. My colleagues and our co-counsel at Patrick Malone & Associates, P.C., continue to represent Officers Blassingame and Hemby.

Sincerely,

*/s/ Cameron O. Kistler*
Cameron O. Kistler