**[ORAL ARGUMENT HELD DECEMBER 7, 2022]**

---

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

No. 22-7031

BENNIE G. THOMPSON, *et al.*,

Plaintiffs-Appellees,

v.

DONALD TRUMP,

Defendant-Appellant.

**PLAINTIFFS-APPELLEES' UNOPPOSED MOTION TO CHANGE THE CAPTION IN CASE NO. 22-7031**

This case is currently captioned *Bennie G. Thompson, et al. v. Donald Trump, et al.* because Representative Bennie G. Thompson was the first plaintiff to file suit in this matter.[1] To avoid the appearance of a conflict of interest, however, Representative Thompson voluntarily dismissed his claims after he was appointed to chair the House Select Committee to Investigate the January 6th Attack on the United States Capitol.[2] The remaining Plaintiff-Appellees—Representatives Barbara J. Lee, Karen R. Bass, Stephen I. Cohen, Veronica Escobar, Pramila Jayapal, Henry C. Johnson, Jr., Marcia C. Kaptur, Jerrold Nadler, Maxine Waters, and Bonnie M. Watson Coleman—therefore request that the caption in this matter be changed to *Barbara J. Lee, et al. v. Donald Trump, et al.* Defendant-Appellant Donald Trump consents to this request.

.

---

[1] This case has been consolidated with *Blassingame v. Trump*, No. 22-5069 (lead case) and *Swalwell v. Trump*, No. 22-7030. This motion does not pertain to or affect those related cases.

[2] *See* Notice of Voluntary Dismissal, *Thompson v. Trump*, No. 1:21-cv-00400 (D.D.C. July 20, 2021), ECF No. 39.

Dated:  August 10, 2023

/s/ Joseph M. Sellers
Joseph M. Sellers, D.C. Cir. Bar No. 30022
Brian Corman, Bar No. DC1008635
Alison S. Deich, Bar No. DC1572878
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W. Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com
adeich@cohenmilstein.com

Robert B. McDuff
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
Telephone: (601) 259-8484

*Attorneys for Plaintiffs-Appellees*

Respectfully submitted,

Janette McCarthy-Wallace Bar No. OH066257
Anthony P. Ashton, Bar No. MD25220
Anna Kathryn Barnes, Bar No. 63609
NAACP
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit established by Federal Rule of Appellate Procedure 27(d)(2) because it contains 222 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Word in Times New Roman 14-point font, a proportionally spaced typeface.

*/s/ Joseph M. Sellers*
Joseph M. Sellers