# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-5069**                   **September Term, 2023**

1:21-cv-00400-APM
1:21-cv-00858-APM
1:21-cv-00586-APM

**Filed On: December 1, 2023** [2029473]

James Blassingame and Sidney Hemby,

      Appellees

  v.

Donald J. Trump,

      Appellant

------------------------------

Consolidated with 22-7030, 22-7031

### O R D E R

      It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                    BY:    /s/
                                        Daniel J. Reidy
                                        Deputy Clerk